No. 01–5099. DE LA CRUZ-VILLARREAL *v.* UNITED STATES; HERNANDEZ *v.* UNITED STATES; IGNACIO IRACHETA *v.* UNITED STATES; and MUNOZ-LARA *v.* UNITED STATES. C. A. 5th Cir.

Certiorari denied. Reported below: 253 F. 3d 704 (first and fourth judgments) and 705 (second and third judgments).